## File Hashes for IP Address 98.221.49.25

**ISP:** Comcast Cable
**Physical Location:** East Brunswick, NJ

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 07/19/2014 05:18:16 | 37145BC78BA08C0B7FC984C78B8698A2CC4168B2 | Sex With Glasses |
| 07/19/2014 05:07:15 | 14D6169A02F26B556F199318D5D88176549E6A3C | Go Down On Me |
| 07/19/2014 04:59:30 | 5D7F3D57745367656D4B88D0D17F72C3A28617C5 | Enjoy My Backdoor |
| 07/19/2014 04:53:41 | 8D357CC8A76374C2534F5B6C92DFA6373DD18A48 | Coming Late |
| 05/08/2014 03:27:39 | 65E7A48144F70A63BAD3F1BE1DB3AB2AB525C621 | Catching Up |
| 04/12/2014 20:30:34 | 6398E26A71DF316A1675BEC13D4DABB65C9CF87C | Deep Blue Passion |
| 04/12/2014 20:27:43 | 05722EC7AA8E778D30B69AA2AC54C61F03FD1A31 | Russian Connection |
| 03/29/2014 03:28:19 | ACB64C3ED119CF0EE21627A706AE98DD05E754B8 | At Home With Tiffany |
| 03/29/2014 03:12:11 | 82199A6AC202FA462F8959052ED93B333D494868 | All Oiled Up |
| 03/29/2014 03:11:49 | 0544C90834AA1DDED8D31303B6A52798B39C4196 | My Days in Rome |
| 03/15/2014 04:22:33 | 9C48B8F6E710C3AE2893BC8F44EC3B92BA1C0CA4 | Sex and Submission |
| 03/01/2014 05:06:42 | 6DABFD31619CDA7D348BCB0DA3D8B2D00D6AD4DA | Just the Three of Us |
| 03/01/2014 05:06:17 | 1067EB2767EA77D4F6B6C3D5D89A9F3D8CC0AC83 | Feeling Frisky |
| 03/01/2014 04:56:49 | D39D6BB1F8C740AD7524ABDEF1F000B56B22F069 | I Am In the Mood |
| 02/02/2014 21:23:19 | CF8182495B88AADF2CD0ED4B396F745480E951D7 | Playing Dress Up |
| 02/02/2014 21:18:42 | 85A065477B91C6CACF77B5220F2F08226738649D | Getting Ready For You |
| 01/31/2014 16:50:28 | 7DDDC15BB32C9CF7BA13C2F8A2F167338E7324E7 | I Will See You In The Morning |
| 01/31/2014 16:36:44 | DEB0E5F995993E65253B77C88E1C123DEE7A221F | They Only Look Innocent |
| 01/31/2014 16:25:31 | 8A959778FDC4B402FDC4F6EA864A25499F02E178 | Mile High Club |
| 01/31/2014 16:19:10 | 055BC367B3818DA6F20A3CCC86BCD8B4ECCF21A5 | So Young |
| 01/31/2014 16:11:03 | C0624BD9EEFC377EE4EDEB51362EC52876ACFA2B | Get Wild at Home |
| 01/31/2014 16:10:20 | F7465EBED499A1C92C85688D473EAF64B6362FBA | A Hot Number |

EXHIBIT A

CNJ139

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 01/31/2014 16:07:54 | 054ECBC9F1DF095154B70F3B60F9B6140FAD9E72 | I Can Not Wait |
| 12/29/2013 01:27:39 | E4BE8E720C61D26AD1C4D01C44CEEFA77DF24D92 | Apertif Our Style |
| 12/29/2013 01:18:37 | 8D66D37EBA0631C647CDEB7FABAE34F07086466C | Tease and Please |
| 12/29/2013 00:53:26 | 308914A95100215F6E03926B12FB857B82870B1F | Love at First Sight |
| 10/26/2013 03:45:23 | 0D4CC10EB0A5256C1AF66C1794092DC259361E53 | All Tied Up |
| 10/26/2013 03:39:03 | 5621ACD553D3D107D405DB3B8DB30C7517CBCC5F | Erotic Stretching and Sex |
| 10/26/2013 03:38:59 | 66B0F25BC406B454766912EC8DCDA9739BC367B9 | The Journey |
| 10/26/2013 03:38:11 | 3269A6D1B6E6EAC249958B646D07C4F096F07852 | Much Needed Vacation |
| 10/26/2013 03:31:08 | E3042D1EA1F66C3638EA32FF5FE2AA5404D44FE3 | A Perfect Match |
| 10/26/2013 02:25:56 | C7F4FD8BDB9089F077C475001B85D0685398EE20 | I Love James Deen |
| 08/18/2013 23:25:54 | 2ACF0480806D3286544128C4828994D87A1D19C2 | Up Close and Personal |
| 08/18/2013 22:26:17 | 3382EC00142705DB3EF309A4CEB081BDC584B178 | Dreams Do Come True |
| 08/18/2013 22:10:04 | 4842644E88162527E5D4D8B101BCE619983190F4 | Raw Passion |
| 08/18/2013 21:07:09 | 01E260D117B5C3803E0F9C150AE2F1473A9AA414 | Malibu Moments Part #2 |
| 08/18/2013 14:47:40 | 2805959052A759BC96B1D5B87F3422C568BBA8EC | Made for Each Other |
| 08/18/2013 14:37:22 | 1679632E5066C03128EAE0DADB529E96AC76974B | Make Me Feel Beautiful |

**Total Statutory Claims Against Defendant: 38**

EXHIBIT A

CNJ139