# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

MALIBU MEDIA, LLC,

    Plaintiff,

v.                                                                           Civil Action No. 2:14-cv-05448-CCC-JBC

JOHN DOE, subscriber assigned IP address 98.221.49.25,

    Defendant,

## PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant") through his counsel.  Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>.  John Doe was assigned the IP address 98.221.49.25.  Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated:  November 25, 2014

    Respectfully submitted,

    By:    /s/ *Patrick J. Cerillo*
    Patrick J. Cerillo
    pjcerillolaw@comcast.net
    4 Walter Foran Blvd., Suite 402
    Flemington, NJ 08822
    Telephone:  (908) 284-0997
    Facsimile:  (908) 284-0915
    *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 25, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                                By:  /s/ *Patrick J. Cerillo*_____
                                                Patrick J. Cerillo